# Notice Recipients

District/Off: 0970–2  User: stroude  Date Created: 3/29/2011
Case: 2:11–bk–08189–RTB  Form ID: nch13pln  Total: 32

**Recipients of Notice of Electronic Filing:**
tr   EDWARD J. MANEY   courtecf@maney13trustee.com
aty  AMANDA 2 NELSON   amandan@arizonalawcenter.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          FRED F. ESCOBEDO         6510 W. ORANGE DR.       GLENDALE, AZ 85301
jdb         JULIA P. ESCOBEDO        6510 W. ORANGE DR.       GLENDALE, AZ 85301
smg         AZ DEPARTMENT OF REVENUE         BANKRUPTCY &LITIGATION         1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007–2650
10237273    ALAN M. LEVINSKY, ESQ.   BUCHALTER NEMER      4600 E SHEA BLVD, #100     PHOENIX AZ 85028
10237274    AMERICAN EXPRESS       PO BOX 0001       LOS ANGELES CA 90096–8000
10237275    AMERICAN GENERAL FINANCE        PO BOX 3121       EVANSVILLE IN 47731
10237276    AMEX       PO BOX 297871      FORT LAUDERDALE FL 33329
10237277    ARIZONA DEPARTMENT OF REVENUE        SPECIAL OPERATIONS SECTION       1600 W. MONROE, ROOM 720     PHOENIX AZ 85007
10237278    BANK OF AMERICA       P.O. BOX 15026       WILMINGTON DE 19850–5026
10237279    CAP ONE       PO BOX 85520       RICHMOND VA 23285–5520
10237282    CHASE       ACCOUNT INQUIRIES      PO BOX 15298       WILMINGTON DE 19850–5298
10237281    CHASE       CARDMEMBER SERVICE       P.O. BOX 94014       PALATINE IL 60094–4014
10237280    CHASE       PO BOX 901008       FORT WORTH TX 76101
10237283    CHASE AUTO FINANCE       P.O. BOX 78050       PHOENIX AZ 85062–8050
10237284    CHASE AUTO FINANCE       PO BOX 78101       PHOENIX AZ 85062–8101
10237285    CHASE HOME FINANCE       P.O. BOX 78116       PHOENIX AZ 85062
10237286    CHASE HOME FINANCE LLC       MAILE CODE OH4–7164       3415 VISION DRIVE       COLUMBUS OH 43219–6009
10237287    CHASE HOME FINANCE LLC       PO BOX 44090       JACKSONVILLE FL 32231–4090
10237288    CHASE HOME FINANCE/HE DEFAULT PAYMENT PR        MAIL CODE OH4–7164       PO BOX 24785     COLUMBUS OH 43224–0785
10237289    CITI/SHELL       BANKRUPTCY DEPARTMENT       7920 NW 110TH STREET       KANSAS CITY MO 64153
10237290    DEALERS TIRE SUPPLY       560 S. 35TH AVENUE       PHOENIX AZ 85009
10237291    FORD MOTOR CREDIT COMPANY       PO BOX 6508       MESA AZ 85216
10237292    GARY RAYMOND HELLER       6510 W. ORANGE DR.       GLENDALE AZ 85301
10237293    INTERNAL REVENUE SERVICE       CENTRALIZED INSOLVENCY OPERATIONS       PO BOX 21126     PHILADELPHIA PA 19114–0326
10237294    LITTON LOAN SERVICING       PO BOX 4387       HOUSTON TX 77210
10237295    MIBANK       P.O. BOX 2716       MADISON WI 53701
10237296    PURCELL TIRE COMPANY       FILE 56129       LOS ANGELES CA 90074–6129
10237297    TCI TIRE CENTERS       111 E MARICOPA FWY #B       PHOENIX AZ 85004–2919
10237298    THD/CBSD       P. O. BOX 6003       HAGERSTOWN MD 21747
10237299    UNVL/CITI       PO BOX 6241       SIOUX FALLS SD 57117

TOTAL: 30